UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

HAMILL AND HAMILL PARTNERSHIP and HAMILL'S HOME AND AUTO SUPPLY, INC. d/b/a HAMILL TIRE AND AUTO SERVICE a/k/a HAMILLS FIRESTONE STORE INC.,
    Defendants.

Case No. 24-cv-60017-WPD

### JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, HAMILL AND HAMILL PARTNERSHIP and HAMILL'S HOME AND AUTO SUPPLY, INC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
(561) 800-0405
WassenbergL@gmail.com

s/ Stephanie Cari Mazzola
Stephanie Cari Mazzola (FBN: 77661)
Paul Octavio Lopez (FBN: 983314)
Brittany Lee Hynes (FBN: 1018589)
   *Attorney for Defendants*
Tripp Scott, P.A.
110 SE 6th St., 15th Floor
Ft. Lauderdale, FL 33301
(954) 525-7500
SMC@TripScott.com
POL@TrippScott.com
BLH@TrippScott.com